DORIS CARLSEN STRINGFIELD, PLAINTIFF-RESPONDENT, v. THE CITY OF HACKENSACK, DEFENDANT-PETITIONER.

See same case below: 68 *N. J. Super.* 38.

*Messrs. Morrison, Lloyd & Griggs* for the petitioner.

*Messrs. Marcus & Levy* and *Mr. Harry Chashin* for the respondent.

September 19, 1961.   Denied.

EDMUND WADLOW WESTOVER, PLAINTIFF-PETITIONER, v. CHARLES G. EISNER, ET AL., DEFENDANTS-RESPONDENTS.

*Mr. Frank B. Bozza* for the petitioner.

*Messrs. Darby & McDonough, Messrs. Barrett & Miller, Mr. William G. Wood* and *Mr. Donald M. Malehorn* for the respondents.

September 19, 1961.   Denied.